PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:CR-01-239-01

DOCKET NUMBER (Rec. Court)
8:05-CR-504-T-26TBM

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Joseph KALWAYTIS | Middle/PA | Harrisburg |

NAME OF SENTENCING JUDGE
The Honorable Yvette Kane

| DATES OF SUPERVISED RELEASE | FROM 3/19/04 | TO 3/18/07 |
|---|---|---|

OFFENSE

Mail Fraud While on Release 18 USC § 1341, 3147

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __PENNSYLVANIA__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Florida__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/14/05
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF __FLORIDA__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
HARRISBURG, PA
DEC 21 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

11/29/05
Effective Date

_____
United States District Judge